# United States Court of Appeals for the Federal Circuit

---

**JOHN BOYD, JR., KARA BOYD,**
*Plaintiffs*

**LESTER BONNER, PRINCESS WILLIAMS,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2104

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01473-EJD, Senior Judge Edward J. Damich.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 22, 2025
Date

Jarrett B. Perlow
Clerk of Court